Trustee, the Underwriter, the Third Party Administrator, or their employees or agents with respect to any tax advice concerning the Plan.

**9.    Other Acknowledgments:**

In addition to other representations and warranties, the Employer makes the following acknowledgments and representations:

      a.    The Employer has not relied upon any legal or tax advice of the Sponsor, the Committee, the Third Party Administrator, the Underwriter or the Trustee, or any agent of these, in executing this Agreement.

      b.    Tax consequences arising from the Employer's adoption of the Plan are the responsibility of the Employer.

      c.    Contributions made by the Employer will be used, in part, to purchase contracts of Insurance on the lives of the Employee/Participants of the Employer. Initial Contributions will be placed in the Sponsor's Escrow Account and held there, without accruing interest or earnings, until Insurance contemplated by this Agreement is issued by the Underwriter.

      d.    The Employer has received, and has read and understood, the Plan, the Trust and this Agreement.

      e.    The Employer will inform the Third Party Administrator as soon as possible, but in any event in no less than thirty (30) days of any changes to the contact information provided to the Plan on all Employee/Participants of the Employer.

      d.    The Employer will distribute all notices, summary plan descriptions, and other information from the Plan to the Employee/Participants of the Employer when directed to do so by the Third Party Administrator.

**10.    Limitations on Adoption:**

The Employer represents that it is not a sole proprietorship and acknowledges that a sole proprietorship is not eligible to adopt this Plan.

**12.    Benefit Integration:**

The Benefits provided under the Plan are not integrated with or reduced by the benefits under other private or public plans.

Final Adoption Agreement-01                          10
March 2003
© 2003 Millennium Marketing Group, LLC
Patent Pending 2003

**13.    Terms and Conditions of the Plan Control:**

The Employer acknowledges and agrees that it has read the Plan, understands its terms and conditions, and is lawfully bound to such terms and conditions.  Where the provisions of this Adoption Agreement, or any Summary Plan Description of the Plan conflict with the Plan terms, the Plan terms control.  Capitalized terms contained in this Adoption Agreement have the same meaning as capitalized and defined terms in the Plan.  The Plan Committee has the sole and absolute discretion to interpret the terms of this Agreement and the Plan in the event of a dispute.

**14.  Payment of Fees and Contributions:**

Employer acknowledges and agrees that initial contributions and all administrative fees due under the Plan and/or this Adoption Agreement shall be paid, as invoiced, as follows:

Millennium Marketing Group, LLC          Millennium Marketing Group, LLC
Att: Norm Bevan                          Att: Scott Ridge
2777 Allen Parkway, Suite 1122           P.O. Box 247
Houston, Texas 77019                     Swarthmore, Pennsylvania 19081-9978

Contributions should be paid to:

Millennium Multiple Employer
 Welfare Benefit Plan
Republic Bank of Norman, Trustee
Att: Rick Boyle
P.O. Box 5369
Norman, Oklahoma 73030

**15.    Notices To and From the Third Party Administrator:**

Written notices required by the Plan shall be delivered to the Third Party Administrator at:

BKD, LLP
Att: William E MaGee, Partner
400 W. Capitol Avenue, Suite 2500
P.O. Box 3667
Little Rock, Arkansas 72203-3667

Written notices required by the Plan shall be delivered to the Employer at:

WESTALL CONSTRUCTORS, LTD

2835 DACOMA

HOUSTON, TEXAS 77092


**16.    Election for Individual Legal Opinion:**

The Employer **DOES** or (**DOES NOT**) (circle one) elect to have an individualized legal opinion pertaining to the federal tax issues that may arise from the Employer's participation in the Plan issued to the Employer.  If the Employer elects to have a individualized legal opinion issued, the Employer agrees to pay the fees and costs associated with counsel's professional services for such opinion.   The Employer acknowledges that the fees and costs for an individualized legal opinion have been disclosed to the Employer.

Final Adoption Agreement-01                                                                          12
March 2003
© 2003 Millennium Marketing Group, LLC
Patent Pending 2003

**IN WITNESS WHEREOF**, The undersigned Employer representative is authorized under the controlling documents of the corporate or other entity to enter into this Adoption Agreement and has executed this Adoption Agreement on the date first stated above.

"Employer"   WESTFALL CONSTRUCTORS LTD
             WESTFALL GROUP LLC GENERAL PARTNER

_____
Signature of Authorized Party

Its: _____

Accepted By:

**Millennium Marketing Group, LLC**

_____
Sponsor

_____
Third Party Administrator

Republic Bank & Trust, Trustee
_____
Trustee

## EXHIBIT "A"

### INSURANCE PRODUCTS CHOSEN BY EMPLOYER

AMERICAN GENERAL LIFE — UL

FRED WESTFALL — A70007763L

Patricia WESTFALL — A70007671L

TIMOTHY WESTFALL — A70007772L

Final Adoption Agreement-01
March 2003

**EXHIBIT "B"**
**LIST OF EMPLOYEES ELIGIBLE TO PARTICIPATE IN THE PLAN**

FRED WESTFALL   —   285 - 38 - 5067      10/19/1945

PATRICIA WESTFALL   —   462 - 13 - 1574      3/2/1972

TIMOTHY WESTFALL   —   456 - 02 - 3926      6/23/1967

Final Adoption Agreement-01
March 2003

EXHIBIT "C"
BENEFICIARY DESIGNATION
UNDER THE
MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN[1] (the "Plan")

Participant's Name: PATRICIA LYNN WESTFALL

Social Security Number: 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

I PATRICIA LYNN WESTFALL, desire to become a Participant in the Plan. I designate the trust or person(s) identified below as the Beneficiary (ies) of any Death Benefit(s) under the Plan. This Beneficiary Designation hereby revokes and supersedes all other designations that may have been made by me under the Plan prior to this designation.  Unless irrevocable as indicated, below, I acknowledge and agree that this Beneficiary Designation is effective and revocable only by me, in writing, or as superceded by a subsequent Beneficiary Designation executed by me.

Check One Option:

☐  I designate a trust to be my Beneficiary

☒  I designate a person or persons to be my Beneficiary (ies)

For Trust:

Name of Trust_____

Name and Address of Trustee:_____

_____

State of Origin of Trust:_____ Date Trust Originated:_____

For Individual Beneficiary (ies):

| Name and Address of Beneficiary (ies) | Relationship | Date of Birth |
|---|---|---|
| 1 FRED WESTFALL 17622 NORTHGATE FOREST DR. | FATHER | 10/19/45 |
| 2 HOUSTON TX 77068 | | |
| 3 | | |
| 4 | | |

---

[1] Copyright 2002, Millennium Marketing Group, LLC, Patent Pending 2002.

Final Adoption Agreement-01
March 2003



and others as shown by the attachment(s), if any.

<u>NOTICE</u>

Unless otherwise indicated, if there is more than one Beneficiary, Death Benefit(s) will be divided equally among the Beneficiaries. If any Beneficiary predeceases the Participant, the amount that would have been paid to such Beneficiary shall instead be paid to any surviving Beneficiaries in equal shares. If no Beneficiaries survive me, then benefit shall be paid to the Participant's estate or as directed by the Plan's terms.

This designation of Beneficiary or Beneficiaries IS  or  IS NOT (circle one) irrevocable by me.

_____        _____
Participant's Signature                          Date

_____
Witness

EXHIBIT "C"
BENEFICIARY DESIGNATION
UNDER THE
MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN[1] (the "Plan")

Participant's Name: _Timothy Leigh Westfall_

Social Security Number: _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_

I _Timothy Leigh Westfall_ desire to become a Participant in the Plan. I designate the trust or person(s) identified below as the Beneficiary (ies) of any Death Benefit(s) under the Plan. This Beneficiary Designation hereby revokes and supersedes all other designations that may have been made by me under the Plan prior to this designation. Unless irrevocable as indicated, below, I acknowledge and agree that this Beneficiary Designation is effective and revocable only by me, in writing, or as superceded by a subsequent Beneficiary Designation executed by me.

Check One Option:

☐   I designate a trust to be my Beneficiary

☒   I designate a person or persons to be my Beneficiary (ies)

For Trust:

Name of Trust_____

Name and Address of Trustee:_____

_____

State of Origin of Trust:_____   Date Trust Originated:_____

For Individual Beneficiary (ies):

| Name and Address of Beneficiary (ies) | Relationship | Date of Birth |
|---|---|---|
| 1 _Carrieann Westfall_ _14910 Stonemeade Place_ | _Spouse_ | _7/1/68_ |
| 2 _Cypress, TX 77429_ | | |
| 3 | | |
| 4 | | |

---

[1] Copyright 2002, Millennium Marketing Group, LLC, Patent Pending 2002.

Final Adoption Agreement-01
March 2003



and others as shown by the attachment(s), if any.

## NOTICE

Unless otherwise indicated, if there is more than one Beneficiary, Death Benefit(s) will be divided equally among the Beneficiaries. If any Beneficiary predeceases the Participant, the amount that would have been paid to such Beneficiary shall instead be paid to any surviving Beneficiaries in equal shares. If no Beneficiaries survive me, then benefit shall be paid to the Participant's estate or as directed by the Plan's terms.

This designation of Beneficiary or Beneficiaries IS  or  IS NOT (circle one) irrevocable by me.

_____          5-4-04
Participant's Signature                                        Date

_____
Witness

Final Adoption Agreement-01
March 2003
© 2003 Millennium Marketing Group, LLC
Patent Pending 2003

EXHIBIT "C"
BENEFICIARY DESIGNATION
UNDER THE
MILLENNIUM MULTIPLE EMPLOYER WELFARE BENEFIT PLAN[1] (the "Plan")

Participant's Name: _M. FRED WESTFALL_

Social Security Number: _255 33 5067_

I _M. FRED WESTFALL_, desire to become a Participant in the Plan. I designate the trust or person(s) identified below as the Beneficiary (ies) of any Death Benefit(s) under the Plan. This Beneficiary Designation hereby revokes and supersedes all other designations that may have been made by me under the Plan prior to this designation. Unless irrevocable as indicated, below, I acknowledge and agree that this Beneficiary Designation is effective and revocable only by me, in writing, or as superceded by a subsequent Beneficiary Designation executed by me.

Check One Option:

☒ I designate a trust to be my Beneficiary

☐ I designate a person or persons to be my Beneficiary (ies)

For Trust:

Name of Trust _WESTFALL FAMILY IRREVOCABLE INSURANCE TRUST_

Name and Address of Trustee: _CHAROLETTE WESTFALL_

_5530 RUSSET   HOUSTON, TEXAS   77056_

State of Origin of Trust: _TEXAS_   Date Trust Originated: _10/15/91_

For Individual Beneficiary (ies):

Name and Address of Beneficiary (ies)       Relationship       Date of Birth

1 _____

2 _____

3 _____

4 _____

---

[1] Copyright 2002, Millennium Marketing Group, LLC, Patent Pending 2002.

Final Adoption Agreement-01
March 2003

and others as shown by the attachment(s), if any.

**NOTICE**

Unless otherwise indicated, if there is more than one Beneficiary, Death Benefit(s) will be divided equally among the Beneficiaries. If any Beneficiary predeceases the Participant, the amount that would have been paid to such Beneficiary shall instead be paid to any surviving Beneficiaries in equal shares. If no Beneficiaries survive me, then benefit shall be paid to the Participant's estate or as directed by the Plan's terms.

This designation of Beneficiary or Beneficiaries IS or IS NOT (circle one) irrevocable by me.

_____          _____
Participant's Signature                              Date

_____
Witness

Final Adoption Agreement-01
March 2003
© 2003 Millennium Marketing Group, LLC
Patent Pending 2003

2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRED WESTFALL, TIMOTHY WESTFALL, PATRICIA WESTFALL GONZALES, AND WESTFALL CONSTRUCTORS, LTD. | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Case No. _____ |
| NORMAN H. BEVAN, et al. | § § § | |
| Defendants. | § § | |

## NOTICE OF CONSENT OF DEFENDANT RAYMOND WICKER

**TO THE HONORABLE JUDGE OF SAID COURT:**

PLEASE TAKE NOTICE THAT Defendant Raymond Wicker files this consent to removal under 28 U.S.C. §1446(b).

1.    On May 2, 2008, Plaintiffs filed an Original Petition styled *Fred Westfall, et al. v. Raymond Wicker, et al.,* Cause No. 08-04870, in the District Court of Dallas County, Texas, 95th Judicial Circuit. Plaintiffs filed a First Amended Original Petition on May 30, 2008 (the "State Court Action").

2.    Defendant Raymond Wicker was served with the Original Petition in the State Court Action on May 15, 2008.

3.    American General Life Insurance Company is filing a Notice of Removal, removing the State Court Action to the United States District Court for the Northern District of Texas, Dallas Division.

1



4.      Defendant Raymond Wicker agrees with the notice of removal and consents to

removal of this action to federal court.

Respectfully submitted,

By: _____
      Gary S. Kessler
      Kessler Collins
      2100 Ross Avenue, Suite 750
      Dallas, Texas  75201
      Telephone: (214) 379-0722
      Facsimile: (214) 373-4714

      *Attorney for Defendant Raymond*
      *Wicker*

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **FRED WESTFALL, TIMOTHY WESTFALL,** | § | |
| **PATRICIA WESTFALL GONZALES, AND** | § | |
| **WESTFALL CONSTRUCTORS, LTD.** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Case No. _____** |
| | § | |
| **NORMAN H. BEVAN, et al.** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE OF CONSENT OF DEFENDANT JONATHAN COCKS

**TO THE HONORABLE JUDGE OF SAID COURT:**

PLEASE TAKE NOTICE THAT Defendant Jonathan Cocks files this consent to removal under 28 U.S.C. §1446(b).

1.    On May 2, 2008, Plaintiffs filed an Original Petition styled *Fred Westfall, et al. v. Raymond Wicker, et al.,* Cause No. 08-04870, in the District Court of Dallas County, Texas, 95th Judicial Circuit.  Plaintiffs filed a First Amended Original Petition on May 30, 2008 (the "State Court Action").

2.    Defendant Jonathan Cocks was served with the Original Petition in the State Court Action on June 10, 2008.

3.    American General Life Insurance Company is filing a Notice of Removal, removing the State Court Action to the United States District Court for the Northern District of Texas, Dallas Division.

1

4.      Defendant Jonathan Cocks agrees with the notice of removal and consents to removal of this action to federal court.

Respectfully submitted,

By: _____

Jonathan Cocks
3205 Walker Drive
Richardson, Texas 75082

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FRED WESTFALL, TIMOTHY WESTFALL,** | § | |
| **PATRICIA WESTFALL GONZALES, AND** | § | |
| **WESTFALL CONSTRUCTORS, LTD.** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | Civil Action No. _____ |
| | § | |
| **NORMAN H. BEVAN, JONATHAN** | § | |
| **COCKS, RAYMOND WICKER,** | § | |
| **SCOTT RIDGE, AMERICAN** | § | |
| **GENERAL LIFE INSURANCE** | § | |
| **COMPANY AND THE MILLENNIUM** | § | |
| **MULTIPLE EMPLOYER WELFARE** | § | |
| **BENEFIT PLAN, MILLENNIUM** | § | |
| **MARKETING GROUP, LLC,** | § | |
| **INNOVUS FINANCIAL SOLUTIONS INC.,** | § | |
| **SECUREPLAN ADMINISTRATORS, LLC.** | § | |
| **AND REPUBLIC BANK AND TRUST** | § | |
| | § | |
| **Defendants.** | § | |

## INDEX OF DOCUMENTS FILED IN STATE COURT ACTION

| Exhibit | Name of Document | Date Filed |
|---------|------------------|------------|
| A-1 | Case Summary | |
| A-2 | Civil District Court Cover Sheet | May 2, 2008 |
| A-3 | Letter to Clerk enclosing Plaintiffs' Original Petition | May 2, 2008 |
| A-4 | Plaintiffs' Original Petition | May 2, 2008 |
| A-5 | Citation returned - Raymond Wicker (Original Petition) | May 20, 2008 |
| A-6 | Letter to Clerk enclosing Plaintiffs' First Amended Original Petition | May 30, 2008 |
| A-7 | Plaintiffs' First Amended Original Petition | May 30, 2008 |

**EXHIBIT**
**E**

| A-8 | Defendant Raymond Wicker's Original Answer, Counterclaim and Third Party Petition | June 9, 2008 |

## COUNSEL OF RECORD

**Counsel for Plaintiffs:**
Anthony L. Vitullo
State Bar No. 20595500
Fee, Smith, Sharp & Vitullo, LLP
Three Galleria Tower
3155 Noel Road, Suite 1000
Dallas, Texas 75240
Telephone: 972-934-9100
Facsimile: 972-934-9200
lvitullo@feesmith.com

John L. Malesovas
State Bar No. 12857300
P. O. Box 1709
Waco, Texas 76703-1709
Telephone: 254-753-1777
Facsimile: 254-755-6400
john@malesovas.com

**Counsel for Raymond Wicker**
Gary S. Kessler
State Bar No. 11358200
Kessler Collins
2100 Ross Avenue, Suite 750
Dallas, TX 75201
Telephone: 214-379-0722
Facsimile: 214-373-4714
gsk@kesslercollins.com



EXHIBIT
F

**Counsel for American General Life Insurance Company**
Jason K. Fagelman
State Bar No. 00796525
Fulbright & Jaworski L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:  214-855-8000
Facsimile:  214-855-8200
jfagelman@fulbright.com

Stephen Jackson
Alabama Bar No. ASB-7341-J51S
John David Collins
Alabama Bar No. ASB-3149-O64C
Bonnie B. Monroe
Alabama Bar No. ASB-0459-E43B
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone  (205) 254-1000
Facsimile (205) 254-1999
jackss@maynardcooper.com
collij@maynardcooper.com
bmonroe@maynardcooper.com

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FRED WESTFALL, TIMOTHY WESTFALL,** | § | |
| **PATRICIA WESTFALL GONZALES, AND** | § | |
| **WESTFALL CONSTRUCTORS, LTD.** | § | |
| | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No. _____** |
| | § | |
| **NORMAN H. BEVAN, JONATHAN** | § | |
| **COCKS, RAYMOND WICKER,** | § | |
| **SCOTT RIDGE, AMERICAN** | § | |
| **GENERAL LIFE INSURANCE** | § | |
| **COMPANY AND THE MILLENNIUM** | § | |
| **MULTIPLE EMPLOYER WELFARE** | § | |
| **BENEFIT PLAN, MILLENNIUM** | § | |
| **MARKETING GROUP, LLC,** | § | |
| **INNOVUS FINANCIAL SOLUTIONS INC.,** | § | |
| **SECUREPLAN ADMINISTRATORS, LLC.** | § | |
| **AND REPUBLIC BANK AND TRUST** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT AMERICAN GENERAL LIFE INSURANCE COMPANY'S**
**CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Local Rules 3.1(f) and 81.1(a)(4) American General Life Insurance Company

files this Certificate of Interested Persons that lists all persons, associations of persons, firms,

partnerships, corporation, guarantors, insurers, affiliates, parent or subsidiary corporations, or

other legal entities who or which are financially interested in the outcome of this litigation:

1.  Fred Westfall
    **Plaintiff**

2.  Timothy Westfall
    **Plaintiff**

3.  Patricia Westfall Gonzales
    **Plaintiff**

01651784.1



EXHIBIT
G

4.     Westfall Constructors, Ltd.
       **Plaintiff**

5.     Anthony L. Vitullo of FEE, SMITH, SHARP & VITULLO, LLP and John L.
       Malesovas
       **Attorney for Plaintiffs, Fred Westfall, Timothy Westfall, Patricia Westfall
       Gonzales and Westfall Constructors, Ltd.**

6.     American General Life Insurance Company
       **Defendant**

7.     AGC Life Insurance Company
       **Parent Company of American General Life Insurance Company**

8.     AIG Life Holdings (US), Inc
       **Parent Company of AGC Life Insurance Company**

9.     American International Group, Inc.
       **Parent Company of AIG Life Holdings (US), Inc.**

10.    Jason K. Fagelman of FULBRIGHT & JAWORSKI L.L.P. and Stephen C.
       Jackson, Bonnie B. Monroe and John David Collins of MAYNARD COOPER &
       GALE, PC.
       **Attorneys for Defendant, American General Life Insurance Company**

11.    Raymond Wicker
       **Defendant**

12.    Gary S. Kessler of KESSLER & COLLINS.
       **Attorney for Defendant Raymond Wicker**

13.    Norman H. Bevan
       **Defendant**

12.    Jonathan Cocks
       **Defendant**

13.    Scott Ridge
       **Defendant**

14.    The Millennium Multiple Employer Welfare Benefit Plan
       **Defendant**

01651784.1

15.   Millennium Marketing Group, LLC
      **Defendant**

16.   Innovus Financial Solutions Inc.
      **Defendant**

17.   Secureplan Administrators, LLC.
      **Defendant**

18.   Republic Bank And Trust
      **Defendant**

01651784.1

DATE:   June _12_, 2008.

Respectfully submitted,

**FULBRIGHT & JAWORSKI L.L.P.**

By: _____
Jason K. Fagelman
State Bar No. 00796525
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone:     214/855-8000
Facsimile:     214/855-8200

ONE OF THE ATTORNEYS FOR DEFENDANT
AMERICAN GENERAL LIFE INSURANCE
COMPANY

OF COUNSEL:

Stephen Jackson
Alabama Bar No. ASB-7341-J51S
John David Collins
Alabama Bar No. ASB-3149-064C
Bonnie B. Monroe
Alabama Bar No. ASB-0459-E43B
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone  (205) 254-1000
Facsimile (205) 254-1999

01651784.1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following counsel of record to this proceeding by certified mail, return receipt requested, this _12th_ day of June, 2008:

Anthony L. Vitullo
Fee, Smith, Sharp & Vitullo, LLP
Three Galleria Tower
13155 Noel Road, Suite 1000
Dallas, Texas 75240

John L. Malesovas
P. O. Box 1709
Waco, Texas 76703-1709

Gary S. Kessler
Kessler Collins
2100 Ross Avenue, Suite 750
Dallas, TX 75201

Jason K. Fagelman

01651784.1